Argued and submitted July 14, reversed and remanded September 10, 1997, petition for review allowed January 27, 1998 (326 Or 389)

In the Matter of
Justin Michael Dreyer, a Child.

STATE OF OREGON ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY,
*Appellant,*

*v.*

JUSTIN MICHAEL DREYER,
*Respondent.*

(8807-81985; CA A94748)

945 P2d 97

Rolf C. Moan, Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Peter Miller argued the cause and filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded. *State ex rel Juv. Dept. v. Alderson*, 146 Or App 185, 932 P2d 97 (1997).